AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Craig Anthony | ) | Case No. |
| | ) | 5:23-mj-1180-PRL |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **May 31, 2023** in the county of **Lake** in the **Middle** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Sec. 2252A(a)(2) | Distribution of Child Pornography |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

SA Albert J. Grooms, HSI
Printed name and title

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: August 3, 2023

_____
Judge's signature

City and state: Ocala, Florida      U.S. Magistrate Judge Philip R. Lammens
Printed name and title

STATE OF FLORIDA                    CASE NO. 5:23-mj-1180-PRL

COUNTY OF MARION

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Albert Grooms, being duly sworn, declare and state as follows:

1. I am a Special Agent (SA) employed with the Department of Homeland Security (DHS), Homeland Security Investigations (HSI), and have been so employed since June 2015. I am currently assigned to the Orlando, Florida, office of HSI, and my duties include the enforcement of federal criminal statutes, including but not limited to Titles 8, 18, 19, 21, and 31 of the United States Code. I am a law enforcement officer of the United States within the meaning of 19 U.S.C. § 1401(i) and am empowered to investigate and make arrests for violations of United States criminal laws within the meaning of 18 U.S.C. § 2510(7).

2. My formal education includes a bachelor's degree in Criminal Justice from American Military University and a Master's degree in Human Services Counseling: Criminal Justice from Liberty University. Through numerous advanced law enforcement-training programs, I have received specialized training in the investigations of sex crimes, child exploitation, child pornography, and computer crimes. I have participated in training courses for the investigation and enforcement of child pornography laws in which

computers are used as the means for receiving, transmitting, and storing child pornography.

3. This affidavit is submitted in support of a criminal complaint. As set forth in more detail below, I have probable cause to believe that Craig ANTHONY knowingly distributed child pornography, in interstate commerce, in violation of 18 U.S.C. § 2252A(a)(2).

4. I make this affidavit from personal knowledge based on my participation in this investigation, information from other criminal investigators, information from law enforcement officers, information from agency reports, and the review of documents provided to me by these witnesses and law enforcement officers. Because this affidavit is being submitted for the limited purpose of seeking authorization to search the Premises, I have not set forth each and every fact learned during the course of this investigation.

## STATUTORY AUTHORITY

5. 18 U.S.C. § 2252A(a)(2) prohibits a person from knowingly distributing any child pornography using any means or facility of interstate or foreign commerce or that has been mailed or has been shipped or transported in or affecting interstate or foreign commerce by any means, including by

computer, as defined in 18 U.S.C. § 2256(8), using any means or facility of interstate commerce, or in or affecting interstate commerce.

## DETAILS OF THE INVESTIGATION

6.  On or about May 31, 2023, I was operating an undercover Kik account[1] (UCA) in various public groups hosted on the Kik platform. Another user (the Target Account) was in one of these groups and reached out to the UCA via a direct message. The following is a summary of the communication between the Target Account and the UCA from May 31, 2023, to present.

7.  The Target Account stated they were a 25-year-old male and was told they were speaking to a 13 year old female (the UCA). After some communication back and forth, the Target Account offered to show the UCA "some boys playing with there mimber".[2] The Target Account ended up sending multiple videos of males masturbating. Soon after sending those videos the Target Account stated: "Also I found a vid of an older lady sucsar a young boy off if you want to see it". The UCA told the Target Account they could send whatever they wanted. The Target Account proceeded to send a one minute 30 second video over the internet depicting an adult female

---

[1] Kik is an online messaging platform that operates over the Internet.
[2] Based on the fact the Target Account used the term "boys" instead of men/guys, the UCA asked if they were the UCA's age and how old. The Target Account offered to "see if I can find around your age" and the UCA responded "You don't need to go look just for me" "I was just wondering".

3

preforming oral sex on a juvenile male approximately 4-6 years old. Based on my training and experience this video constitutes child pornography.

8.  Just prior to sending the previously mentioned video, the Target Account asked the UCA if they would be willing to show them (Target Account) more of themselves (UCA). When asked to clarify the Target Account responded, "Boobs or any other body parts its up to you" and then later said if he had to choose it would be "You titties."

9.  At this point in the conversation, the Target Account had been advised of the age (13) of the UCA three separate times. The Target Account stated he likes ages 12-13 and 40-45 in women and then the following conversation occurred:

> **Target Account**: We could make a group if you know people your age to add
>
> UCA: Lol I bet you'd like that
>
> **Target Account**: I won't lie, I would
>
> **Target Account**: It could be hot
>
> UCA: Oh really
>
> UCA: How?
>
> **Target Account**: Depends on what was done with it
>
> **Target Account**: If we sent nudes and stuff

4

      **Target Account**: Or hang out and chat

      UCA: Sounds like you want me to get all my friends to send you nudes

      UCA: lol

      **Target Account**: As hot as that is and as mutch as I would like that its not necessary

The Target Account later stated (in reference to the above) "Ah yes I would love to see you and your friend nude and playing with yourselves but won't press it

      10.    The Target Account sent multiple more porn videos, picture of an adult male penis he said was his, and bestiality videos. Throughout the rest of the conversation, the Target Account sent the following videos to the UCA which based on my training and experience constitutes child pornography:

- A one minute 52 second video depicting an adult female performing oral sex on a minor male approximately 6-12 years old.

- A seven second video depicting a fully nude adult female holding a fully nude female baby approximately 1-2 years old. In the video the adult female states "I'm a dirty mommy [unintelligible] for you daddy" and then touches the baby's vagina with her hand.

5

- A 46 second video depicting an adult female walk into the bathroom with a male child approximately 6-10 years old. The adult female directs the child where to stand and then adjusts the camera. The minor child's pants are pulled down and the adult female strokes his penis with her hand before performing oral sex.

- A one-minute video depicting a fully nude adult female having sex with a fully nude male child approximately 8-12 years of age. There is also another fully nude male child approximately 8-12 years of age that climbs onto the bed as well as an unknown individual operating a camera.

- A 45 second video depicting a fully nude minor male child approximately 4-6 years old in the bathtub with a dressed adult female who performs oral sex on the child. The video then cuts to what appears to be the same two individuals still in the bathtub, but the minor child is attempting to stick his penis in the adult female's vagina.

11. The UCA was in the Middle District of Florida (Lake and Orange Counties) during all of the above chat communications with the Target Account; specifically, the messages that contained the child

pornography files.

12.	Target Account stated they forward the videos they share from other groups on Kik. Based on that explanation, it appears that they are getting the child pornography from other members on the Kik platform. The Target Account also stated he had a desire to travel from Alabama to Florida in order to have sex with the UCA. The Target Account also expressed a fantasy that he would start dating the UCA's mom and then he and the UCA could "have all the fun we wanted". The Target Account stated that the reason he could not travel is lack of money.

13.	On or about June 02, 2023, I served Kik with a summons requesting the subscriber information and IP history for the Target Account. On or about June 09, 2023, Kik responded with the following information as well as an IP history:

> First Name: No
>
> Last Name: Mun
>
> Email: craiganthony789@XXXXX.com (confirmed)
>
> Username: hildender

14.	On or about June 12, 2023, I served Century Link with a summons requesting subscriber information associated with IP 75.120.78.73 43210 on June 6, 2023, at 22:42 UTC which was obtained from the Target

7

Account's IP history. On or about June 15, 2023, Century Link responded with the following information that the subscriber came back to Craig ANTHONY at Broughton Ave in Andalusia, AL.

15. On July 14, 2023, an HSI Birmingham Criminal Analyst requested the utilities for the same address which came back to Craig ANTHONY.

16. On August 3, 2023, HSI executed a federal search warrant ANTHONY's residence, in the Middle District of Alabama. During a recorded post-*Miranda* interview, ANTHONY claimed ownership of the Target Account. He admitted to sending child pornography using that account with his cellular telephone. ANTHONY also recalled the conversations identified above with the UCA. An HSI Computer Forensic Agent (CFA) confirmed the presence of the registered email address (craiganthony789@XXXXX.com) on ANTHONY's phone as well as at least one image of child pornography.

## CONCLUSION

17. Based on the above, I have probable cause to believe that Craig ANTHONY is involved in knowingly distributing child pornography using any means or facility of interstate commerce, or in or affecting interstate commerce, in violation of 18 U.S.C. § 2252A(a)(2).

_____
Albert Grooms, Special Agent
Homeland Security Investigations

*Affidavit submitted to me by reliable electronic means and attested to me as true and accurate by telephone or other reliable electronic means consistent with Fed. R. Crim. P. 4.1 and 41(d)(3) before me this  3rd  day of ___August___ 2023.*

_____
PHILIP R. LAMMENS
United States Magistrate Judge

9